### MURDOCK v. HOLLAND's Heirs.

*Wednesday,
November 28.*

ERROR to the *Franklin* Circuit Court.

Suit in chancery against an administrator to account, &c. The accounts of the defendant were referred to a master, and the defendant was to give the complainant notice of the time of appearing before the master. No step was taken by the defendant during the next vacation. The Court at a subsequent term, no good reason being given for the defendant's default, rendered a final decree, on bill, answer, and proofs, against the defendant. *Held*, that there was no error in the

OF THE STATE OF INDIANA.

proceeding. *Held*, also, that mistakes, &c. in the settlement of administrators' accounts in the Probate Court, may be corrected by a Court of chancery (1).

*M'Kinney*, J., having been of counsel in the cause, was absent.

*D. J. Caswell*, for the plaintiff.

*D. Wallace*, for the defendants.

(1) *Allen* v. *Clark*, Vol. 2, of these Rep. 343.—*Brackenridge* v. *Holland*, id. 377.—*Ray et ux.* v. *Doughty et al., November* term, 1835, post.